UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 17-7696-DMG (SSx)** | Date October 31, 2017 |

Title *Sean Gorecki v. Build-A-Bear Workshop, Inc.*

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

    In light of Plaintiff's Notice of Voluntary Dismissal filed on October 30, 2017 [Doc. # 19], the Court hereby **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the Order to Show Cause dated October 24, 2017 [Doc. # 14] is DISCHARGED.

IT IS SO ORDERED.